UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANGHOON HAHM, | Civil Action No.: 18-8270 (JLL) |
| Plaintiff(s), | |
| v. | **ORDER FOR DISMISSAL** |
| SAM HAK FOOD CORP., ET AL | |
| Defendant(s). | |

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default judgment be entered against defendants, Sam Hak Food Corp., and Elizabeth Kwon, within the time frame established by this Court;

**It is on this 10th day of SEPTEMBER, 2018;**

**ORDERED** that this action is hereby dismissed as to defendants, Sam Hak Food Corp., and Elizabeth Kwon, without prejudice for failure to comply with the court's order of August 22, 2018.

_____
JOSE L. LINARES, CHIEF, U.S.D.J.